1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    EASTERN DISTRICT OF WASHINGTON
8
9    UNITED STATES OF AMERICA,              No. 2:13-CR-128-WFN-4
10                        Plaintiff,         ORDER GRANTING
11                                           DEFENDANT'S MOTION TO
     vs.                                     MODIFY CONDITIONS OF
12                                           RELEASE
13   TERESA LEE RIDNOUR,
14                        Defendant.
15

16          Before the Court is Defendant's Motion to Modify Release Conditions.  ECF

17   No. 193, and Motion to Expedite, ECF No. 194.  Specifically, Defendant requests a

18   modification of conditions to permit travel to Missoula Montana from April 10,

19   2015, returning April 11, 2015.  The Defendant has also requested that this Motion

20   be expedited under LR 7.1(h)(2)(C).  Neither the United States nor the United

21   States Probation Office have objections to the Motion to Modify nor the Motion to

22   Expedite.

23          Defendant proposes to leave for Missoula, Montana, on the morning of April

24   10, 2015, and return to the Eastern District of Washington on April 11, 2015.  The

25   Court having reviewed the Motion, and for good cause shown,

26          **IT IS ORDERED** that Defendant's Motion to Modify, **ECF No. 193**, as

27   well as the Motion to Expedite, **ECF No. 194,** are **GRANTED.**  Defendant's

28   conditions of release are modified to allow travel to Missoula, Montana, on **April**

ORDER - 1

**10, 2015,** to return to the Eastern District of Washington no later than **April 11, 2015**.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED April 2, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2